**No. 10-7584. Tek Ngo, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1187, 131 S. Ct. 1015, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 807.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 385 Fed. Appx. 227.

**No. 10-7585. Robby Keith Pope, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1187, 131 S. Ct. 1015, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 755.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7589. Van Lamar Thornton, Petitioner v. Randall Mathena, Warden.**

562 U.S. 1188, 131 S. Ct. 1016, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 894.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 329.

**No. 10-7593. Mario Reyes-Burgos, Petitioner v. United States.**

562 U.S. 1188, 131 S. Ct. 1017, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 770.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 472 Fed. Appx. 277.

**No. 10-7594. Daniel James Sixta, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1188, 131 S. Ct. 1017, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 849.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 615 F.3d 569.

**No. 10-7596. William Gray, By and on Behalf of His Son, D. G., Petitioner v. Lathrop R-II School District.**

562 U.S. 1188, 131 S. Ct. 1017, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 812.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 611 F.3d 419.

**No. 10-7597. Ben Richard Drum, Petitioner v. Cynthia Figueroa Calhoun, et al.**

562 U.S. 1188, 131 S. Ct. 1017, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 876,

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

Same case below, 299 S.W.3d 360.

**No. 10-7603. Robert Michael Hughes, Petitioner v. John King, Warden.**

562 U.S. 1188, 131 S. Ct. 1018, 178 L. Ed. 2d 843, 2011 U.S. LEXIS 740.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.